IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SCOTT L. APEL,**
    **Plaintiff**

v.          **CASE NO.: 3:06cv139/RV/MD**

**GREG HALL,**
    **Defendant.**
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 17, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 31st day of May, 2006.

                 /s/ *Roger Vinson*
                 **ROGER VINSON**
                 **SENIOR UNITED STATES DISTRICT JUDGE**